# MEMORANDA

OF

*DECISIONS RENDERED DURING THE PERIOD EMBRACED IN THIS VOLUME.*

---

MARGARET MINCH, Respondent, *v.* MAIL AND EXPRESS COMPANY, Appellant.

*Minch* v. *Mail & Express Co.*, 120 App. Div. 875, affirmed.
(Submitted October 2, 1907; decided November 19, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1907, which affirmed an order of Special Term overruling a demurrer to the complaint in an action for libel.

*Charles R. Rose* and *Charles L. Burr* for appellant.

*John G. Pheil* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Dissenting: CULLEN, Ch. J.

---

ANNA VAN DYKE, Respondent, *v.* THE VILLAGE OF BOONVILLE, Appellant.

*Van Dyke* v. *Village of Boonville*, 107 App. Div. 620, affirmed.
(Argued October 14, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 6, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial

in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*William Townsend* for appellant.

*D. F. Searle* and *Clarence E. Sperry* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER and WILLARD BARTLETT, JJ. Dissenting: CULLEN, Ch. J., and GRAY, J. Not sitting: HISCOCK, J.

---

THE OVINGTON BROTHERS COMPANY, Appellant, *v.* CORNELIA M. HENSHAW, Individually and as Executrix of SARAH GRACIE, Deceased, Respondent.

*Ovington Bros. Co.* v. *Henshaw*, 115 App. Div. 886, affirmed.
(Submitted October 17, 1907; decided November 19, 1907.)

APPEAL from a judgment, entered October 24, 1906, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action by a tenant to recover from the landlord the value of buildings erected on the demised premises during the lease.

*George S. Ingraham* for appellant.

*H. C. M. Ingraham* and *Edgar M. Doughty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

LEVI L. SILVERMAN et al., Respondents, *v.* CHARLES R. MILLER et al., Appellants.

*Silverman* v. *Miller*, 115 App. Div. 895, affirmed.
(Submitted October 18, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered